IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN SOLAK, derivatively on behalf of ULTRAGENYX PHARMACEUTICAL INC., | § § § | No. 452, 2019 |
| Plaintiff-Below, Appellant, | § § § § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § | |
| DANIEL G. WELCH, EMIL D. KAKKIS, M.D., PH.D., WILLIAM ALISKI, DEBORAH DUNSIRE, M.D., LARS EKMAN, M.D., PH.D., MATTHEW K. FUST, MICHAEL NARACHI AND CLAY B. SIEGALL, PH.D., | § § § § § § § § § | No. 2018-0810-KSJM |
| Defendants-Below, Appellees, | § § § | |
| and | § § | |
| ULTRAGENYX PHARMACEUTICAL INC., A DELAWARE CORPORATION, | § § § § | |
| Nominal Defendant-Below, Appellee. | § § § | |

Submitted: April 15, 2020
Decided: April 30, 2020

Before **VALIHURA**, **VAUGHN**, and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

Now this 30th day of April, 2020 having considered this matter on the briefs of the

parties and the record below, and having concluded that the same should be affirmed on

the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated October 30, 2019;

NOW, THEREFORE IT IS ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice